■ In the Matter of JOSEPHINE R. GOLATA, Respondent, v EDWARD J. MAHONEY et al., Constituting the Board of Elections of the County of Erie, et al., Appellants. — Order unanimously reversed, without costs, and petition dismissed. (See *Matter of Smith v Mahoney,* 96 AD2d 1014; see, also, *Matter of Higby v Mahoney,* 48 NY2d 15.) (Appeals from order of Erie Supreme Court, Flaherty, J. — Election Law.) Present — Doerr, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ In the Matter of JOSEPH M. TAIBBI, Appellant, v EDWARD J. MAHONEY et al., Constituting the Board of Elections of the County of Erie, et al., Respondents. — Order unanimously affirmed, without costs. (Appeal from order of Erie Supreme Court, Broughton, J. — Election Law.) Present — Doerr, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ In the Matter of MICHAEL J. MURPHY, Appellant, v W. MICHAEL LOSINGER et al., Constituting the Board of Elections of the County of Monroe, et al., Respondents. — Order unanimously affirmed, without costs. (Appeal from order of Monroe Supreme Court, Galloway, J. — Election Law.) Present — Doerr, J. P., Denman, Boomer, Green and Schnepp, JJ.